

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

| | | |
|---|---|---|
| **LINUS AND ANGIE MAYES** | * | **CIVIL ACTION NO. 12-2992** |
| **VERSUS** | * | **JUDGE ~~ELIZABETH E. FOOTE~~ WALTER** |
| **FEDEX FREIGHT, INC., ET AL.** | * | **MAG. JUDGE KAREN L. HAYES** |

### J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs' complaint, be, and is hereby DISMISSED, with prejudice, in its entirety. Fed.R.Civ.P. 41(b).

THUS DONE AND SIGNED in chambers, Shreveport, Louisiana, this __16__ day of __Dec_____, 2013.

_____
~~ELIZABETH E. FOOTE~~
UNITED STATES DISTRICT JUDGE